COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:          In the Interest of J.M.T. aka J.M.T., A Child

Appellate case number:     01-16-00940-CV

Trial court case number:    2015-05142J

Trial court:                        313th District Court of Harris County

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). The appellate records were completed in this case after the reporter's record was filed on December 20, 2016, which set appellant's brief due to be filed within 20 days, or by January 9, 2017. *See* TEX. R. APP. P. 38.6(a)(1). On the day the brief was due, January 9, 2017, appellant's appointed counsel, Donald M. Crane, filed this notice of appearance of appellate counsel and appellant's unopposed motion for a first extension of time to file the appellant's brief until January 31, 2017, with a certificate of conference stating that this motion is unopposed. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2), 10.5(b), 38.6(d).

Appeals in parental termination cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed, so far as reasonably possible. *See* TEX. ST. JUD. ADMIN. R. 6.2(a) (West Supp. 2016). The notice of appeal in this case was timely filed on November 28, 2016, in the trial court from the November 8, 2016 decree for termination, by appellant's counsel, Donald M. Crane, for the father, S.A.M., aka S.A.M. aka S.A.J., setting the 180-day compliance deadline for May 30, 2017. *See* TEX. R. APP. P. 4.1(a), 26.1(b). Although this is appellant's counsel's first extension request and is unopposed, the accelerated schedule in parental termination cases requires greater compliance with briefing deadlines and greater scrutiny of extension requests. *See, e.g.*, TEX. R. APP. P. 28.4(b)(2) (stating that record extension requests in parental termination cases may be granted by appellate court, but must not exceed 30 days cumulatively, absent extraordinary circumstances).

Appellant's counsel contends that an extension is needed because, among other reasons, he needs additional time to review the record and is also preparing appellants'

briefs or petitions for review in several other termination appeals, which made him unable to complete appellant's brief on time. Accordingly, appellant's unopposed first motion for an extension of time to file appellant's brief is **GRANTED until January 31, 2017, but no further extensions will be granted absent extraordinary circumstances**. *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d). If appellant's brief is not filed by **January 31, 2017**, this case may be abated for the trial court to hold a hearing and appellant's counsel, Donald M. Crane, may be required to show cause why he should not be relieved of his duties after a finding of good cause is rendered by the court on the record. *See* TEX. FAM. CODE ANN. § 107.016(2) (West Supp. 2016).

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
☑ Acting individually     ☐ Acting for the Court

Date: January 12, 2017